IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STRECK, INC., <br><br> Defendant. | **4:22CV3017** <br><br> **SHOW CAUSE ORDER** |

On February 4, 2022, Ravgen, Inc. ("Ravgen") filed a motion to compel in this district seeking Third-Party Witness Streck, Inc.'s compliance with document and deposition subpoenas regarding two cases pending in other districts.[1] (Filing No. 1). On March 29, 2022, the court resolved Ravgen's motion to compel. (Filing No. 35). Thereafter, the court ordered the parties to file a joint report regarding the status of this matter. (Filing No. 36). In that report, Ravgen requested this case remain pending until the conclusion of Ravgen's trials of the cases against LabCorp and Quest Diagnostics. The trials were scheduled to begin in September and October 2022. No further report has been submitted by the parties regarding the status of the trials.

At this time, the court has resolved Ravgen's motion to compel and there are no actions ordered by this court that are unfulfilled.

Accordingly,

---

[1] *See Ravgen, Inc. v. Lab. Corp. of Am. Holdings*, No. 20-cv-00969 (W.D. Tex.); *Ravgen, Inc. v. Quest Diagnostics, Inc.*, No. 21-cv-09011 (C.D. Cal.).

IT IS ORDERED that Plaintiff Ravgen is given until November 15, 2022 to show cause why the court should not terminate this case. The failure to timely comply with this order may result in the termination of this case without further notice.

Dated this 1st day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge